# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

CA 02-328E

TO: Clerk, United States District Court for the Western District of PA (Erie)

FROM: Marcia M. Waldron, Clerk

Please find the enclosed Notice from the Supreme Court of the United States.

(5/31/00)

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

June 27, 2005



Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

Re: Ramon Pineda Salgado
v. Federal Correctional Institution at McKean, et al.
No. 04-10178
(Your No. 04-1270)

02-CV-00328E WE

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk